# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ANTHONY BUNNELL,
       Plaintiff

     v.                             CASE NUMBER: 06-C-248

JOHN CEDAR and GLENN POLER,
       Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **dismissed**.

      **IT IS FURTHER ORDERED AND ADJUDGED** that the defendants' motion to dismiss (doc #11) is **terminated.**

| | |
|---|---|
| March 28, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | S/ Jacki L. Koll |
| | (By) Deputy Clerk |